NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARYANN VERDI,                    )
                                  )
            Petitioner,           )
                                  )
v.                                )        Case No. 2D18-262
                                  )
STATE OF FLORIDA,                 )
                                  )
            Respondent.           )
_____)

Opinion filed November 2, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Pasco County; Mary M. Handsel,
Judge.

Anthony M. Candela of Candela Law Firm,
Riverview, for Petitioner.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Respondent.


PER CURIAM.


            Denied.


CASANUEVA, CRENSHAW, and ATKINSON, JJ., Concur.